IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 06 2019
Clerk, U.S District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 18–154–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSHUAH MICHAEL HERT, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings. (Doc. 36.)

IT IS ORDERED that the motion (Doc. 36) is GRANTED. The forfeiture action in the above-captioned case is DISMISSED with prejudice.

DATED this 6th day of August, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

1